UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.  2:14-cv-206-FtM-38DNF

JOHN DOE #1 through #4, and
JANE DOE #1 and #2,

     Plaintiffs,

v.

C&C AGRICULTURAL FARMS L.L.C,
a Florida limited liability company, ERNESTO
RUBEN CORDERO, JR., CARLOS RODRIGUEZ,
and REYES TAPIA-ORTIZ,

     Defendants,
_____/

## DEFENDANTS C & C AGRICULTURAL FARMS, L.L.C., CORDERO, AND RODRIGUEZ ANSWER AND AFFIRMATIVE DEFENSES

Defendants C & C Agricultural Farms, L.L.C., Ernesto Ruben Cordero, Jr., and Carlos Rodriguez, ("Defendants"), by and through the undersigned counsel, hereby files this Answer and Affirmative Defenses to the Complaint ("Complaint") filed by Plaintiffs John Doe #1 through #4 and Jane Doe #1 and #2 in the above entitled action, and plead the following:

## PRELIMINARY STATEMENT

1. Defendants are without knowledge of each and every allegation in Paragraph 1 and therefore deny these allegations.

2. Defendants are without knowledge of each and every allegation in Paragraph 2 and therefore deny these allegations.

3.  Defendants are without knowledge of each and every allegation in Paragraph 3 and therefore deny these allegations.

4.  Defendants are without knowledge of each and every allegation in Paragraph 4 and therefore deny these allegations.

5.  Defendants are without knowledge of each and every allegation in Paragraph 5 and therefore deny these allegations.

6.  Defendants are without knowledge of each and every allegation in Paragraph 6 and therefore deny these allegations.

7.  Defendants are without knowledge of each and every allegation in Paragraph 7 and therefore deny these allegations.

## PARTIES

8.  Defendants are without knowledge of each and every allegation in Paragraph 8 and therefore deny these allegations.

9.  Defendants admit the allegation in Paragraph 9.

10. Defendants admit that the C & C is engaged in farming activity and occasionally employs agricultural workers to plant, harvest, sort and pack vegetables. Defendants admit that C & C is engaged in interstate commerce. Defendants are without knowledge of the remainder of the allegations in Paragraph 10 and therefore deny these allegations.

11. Defendants admits the allegations in Paragraph 11.

12. Defendants admits the allegations in Paragraph 11.

13. Defendants are without knowledge of each and every allegation in Paragraph 13 and therefore deny these allegations.

14. Defendants are without knowledge of each and every allegation in Paragraph 14 and therefore deny these allegations.

15. Defendants are without knowledge of each and every allegation in Paragraph 15 and therefore deny these allegations.

16. Defendants are without knowledge of each and every allegation in Paragraph 16 and therefore deny these allegations.

17. Defendants are without knowledge of each and every allegation in Paragraph 17 and therefore deny these allegations.

18. Defendants are without knowledge of each and every allegation in Paragraph 18 and therefore deny these allegations.

19. Defendants are without knowledge of each and every allegation in Paragraph 19 and therefore deny these allegations.

## JURISDICTION AND VENUE

20. Defendants admits that this action purports to be a civil action and that the Court has jurisdiction, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

21. Defendants admit the allegations in Paragraph 21.

22. Defendants are without knowledge of each and every allegation in Paragraph 22 and therefore deny these allegations.

23.  Defendants are without knowledge of each and every allegation in Paragraph 23 and therefore deny these allegations.

24.  Defendants are without knowledge of each and every allegation in Paragraph 24 and therefore deny these allegations.

25.  Defendants are without knowledge of each and every allegation in Paragraph 25 and therefore deny these allegations.

26.  Defendants are without knowledge of each and every allegation in Paragraph 26 and therefore deny these allegations.

27.  Defendants are without knowledge of each and every allegation in Paragraph 27 and therefore deny these allegations.

28.  Defendants are without knowledge of each and every allegation in Paragraph 28 and therefore deny these allegations.

29.  Defendants are without knowledge of each and every allegation in Paragraph 29 and therefore deny these allegations.

30.  Defendants are without knowledge of each and every allegation in Paragraph 30 and therefore deny these allegations.

31.  Defendants are without knowledge of each and every allegation in Paragraph 31 and therefore deny these allegations.

32.  Defendants are without knowledge of each and every allegation in Paragraph 32 and therefore deny these allegations.

33.  Defendants are without knowledge of each and every allegation in Paragraph 33 and therefore deny these allegations.

34. Defendants are without knowledge of each and every allegation in Paragraph 34 and therefore deny these allegations.

35. Defendants are without knowledge of each and every allegation in Paragraph 35 and therefore deny these allegations.

36. Defendants are without knowledge of each and every allegation in Paragraph 36 and therefore deny these allegations.

37. Defendants are without knowledge of each and every allegation in Paragraph 37 and therefore deny these allegations.

38. Defendants are without knowledge of each and every allegation in Paragraph 38 and therefore deny these allegations.

39. Defendants are without knowledge of each and every allegation in Paragraph 39 and therefore deny these allegations.

40. Defendants are without knowledge of each and every allegation in Paragraph 40 and therefore deny these allegations.

41. Defendants are without knowledge of each and every allegation in Paragraph 41 and therefore deny these allegations.

42. Defendants are without knowledge of each and every allegation in Paragraph 42 and therefore deny these allegations.

43. Defendants are without knowledge of each and every allegation in Paragraph 43 and therefore deny these allegations.

44. Defendants are without knowledge of each and every allegation in Paragraph 44 and therefore deny these allegations.

45. Defendants are without knowledge of each and every allegation in Paragraph 45 and therefore deny these allegations.

46. Defendants are without knowledge of each and every allegation in Paragraph 46 and therefore deny these allegations.

47. Defendants are without knowledge of each and every allegation in Paragraph 47 and therefore deny these allegations.

48. Defendants are without knowledge of each and every allegation in Paragraph 48 and therefore deny these allegations.

49.  Defendants are without knowledge of each and every allegation in Paragraph 49 and therefore deny these allegations.

<b><u>Force, Threats of Force, and Threats of Serious Harm as<br>Means to Coerce Plaintiffs' to Continue to<br>Provide Labor and Services</u></b>

50. Defendants are without knowledge of each and every allegation in Paragraph 50 and therefore deny these allegations.

<b><u>Cordero's Intimidating Acts</u></b>

51. Defendants are without knowledge of each and every allegation in Paragraph 51 and therefore deny these allegations.

52. Defendants are without knowledge of each and every allegation in Paragraph 52 and therefore deny these allegations.

53. Defendants are without knowledge of each and every allegation in Paragraph 53 and therefore deny these allegations.

54. Defendants are without knowledge of each and every allegation in Paragraph 54 and therefore deny these allegations.

55. Defendants are without knowledge of each and every allegation in Paragraph 55 and therefore deny these allegations.

56. Defendants are without knowledge of each and every allegation in Paragraph 56 and therefore deny these allegations.

57. Defendants are without knowledge of each and every allegation in Paragraph 57 and therefore deny these allegations.

58. Defendants are without knowledge of each and every allegation in Paragraph 58 and therefore deny these allegations.

59. Defendants are without knowledge of each and every allegation in Paragraph 59 and therefore deny these allegations.

60. Defendants are without knowledge of each and every allegation in Paragraph 60 and therefore deny these allegations.

61. Defendants are without knowledge of each and every allegation in Paragraph 61 and therefore deny these allegations.

## Tapia-Ortiz's Use of Guns to Intimidate and Coerce Workers

62. Defendants are without knowledge of each and every allegation in Paragraph 62 and therefore deny these allegations.

63. Defendants are without knowledge of each and every allegation in Paragraph 63 and therefore deny these allegations.

64. Defendants are without knowledge of each and every allegation in Paragraph 64 and therefore deny these allegations.

65. Defendants are without knowledge of each and every allegation in Paragraph 65 and therefore deny these allegations.

66. Defendants are without knowledge of each and every allegation in Paragraph 66 and therefore deny these allegations.

67. Defendants are without knowledge of each and every allegation in Paragraph 67 and therefore deny these allegations.

68. Defendants are without knowledge of each and every allegation in Paragraph 68 and therefore deny these allegations.

69. Defendants are without knowledge of each and every allegation in Paragraph 69 and therefore deny these allegations.

70. Defendants are without knowledge of each and every allegation in Paragraph 70 and therefore deny these allegations.

71. Defendants are without knowledge of each and every allegation in Paragraph 71 and therefore deny these allegations.

72. Defendants are without knowledge of each and every allegation in Paragraph 72 and therefore deny these allegations.

73. Defendants are without knowledge of each and every allegation in Paragraph 73 and therefore deny these allegations.

74. Defendants are without knowledge of each and every allegation in Paragraph 74 and therefore deny these allegations.

75. Defendants are without knowledge of each and every allegation in Paragraph 75 and therefore deny these allegations.

76. Defendants are without knowledge of each and every allegation in Paragraph 76 and therefore deny these allegations.

### Tapia-Oritz's Sexual Harassment

77. Defendants are without knowledge of each and every allegation in Paragraph 77 and therefore deny these allegations.

78. Defendants are without knowledge of each and every allegation in Paragraph 78 and therefore deny these allegations.

79. Defendants are without knowledge of each and every allegation in Paragraph 79 and therefore deny these allegations.

80. Defendants are without knowledge of each and every allegation in Paragraph 80 and therefore deny these allegations.

81. Defendants are without knowledge of each and every allegation in Paragraph 81 and therefore deny these allegations.

82. Defendants are without knowledge of each and every allegation in Paragraph 82 and therefore deny these allegations.

83. Defendants are without knowledge of each and every allegation in Paragraph 83 and therefore deny these allegations.

84. Defendants are without knowledge of each and every allegation in Paragraph 84 and therefore deny these allegations.

85. Defendants are without knowledge of each and every allegation in Paragraph 85 and therefore deny these allegations.

## Abuse of Law

86. Defendants are without knowledge of each and every allegation in Paragraph 86, including the subparagraphs, and therefore deny these allegations.

87. Defendants are without knowledge of each and every allegation in Paragraph 87 and therefore deny these allegations.

88. Defendants are without knowledge of each and every allegation in Paragraph 88 and therefore deny these allegations.

89. Defendants are without knowledge of each and every allegation in Paragraph 89 and therefore deny these allegations.

90. Defendants are without knowledge of each and every allegation in Paragraph 90 and therefore deny these allegations.

91. Defendants are without knowledge of each and every allegation in Paragraph 91 and therefore deny these allegations.

## CAUSES OF ACTION

## FIRST CLAIM FOR RELIEF

92. Defendants respond to each and every re-allegation in Paragraph 92 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

93. Defendants admits that the Plaintiffs' purport to bring this action against the Defendants.

94. Defendants admit this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

95. Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 95 and subparagraphs.

96. Defendants are without knowledge of each and every allegation in Paragraph 96 and therefore deny these allegations.

## SECOND CLAIM FOR RELIEF

97. Defendants respond to each and every re-allegation in Paragraph 97 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

98. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

99. Defendants admit that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

100.    Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 100 and subparagraphs.

101.    Defendants are without knowledge of each and every allegation in Paragraph 101 and therefore deny these allegations.

## THIRD CLAIM FOR RELIEF

102.     Defendants respond to each and every re-allegation in Paragraph 102 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

103.     Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

104.     Defendants admit that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

105.     Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 105 and subparagraphs.

106.     Defendants are without knowledge of each and every allegation in Paragraph 106 and therefore deny these allegations.

## FOURTH CLAIM FOR RELIEF

107.     Defendants respond to each and every re-allegation in Paragraph 107 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

108.     Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

109.     Defendants admits that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

110.     Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 110 and subparagraphs.

111.     Defendants are without knowledge of each and every allegation in Paragraph 111 and therefore deny these allegations.

### FIFTH CLAIM FOR RELIEF

112.     Defendants respond to each and every re-allegation in Paragraph 112 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

113.     Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

114.     Defendants admit that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

115.     Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 115 and subparagraphs.

116.     Defendants are without knowledge of each and every allegation in Paragraph 116 and therefore deny these allegations.

### SIXTH CLAIM FOR RELIEF

117.     Defendants respond to each and every re-allegation in Paragraph 117 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

118.     Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

119.     Defendants admit that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

120.     Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 120 and subparagraphs.

121.     Defendants are without knowledge of each and every allegation in Paragraph 121 and therefore deny these allegations.

### SEVENTH CLAIM FOR RELIEF

122.     Defendants respond to each and every re-allegation in Paragraph 122 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

123.     Defendants admit that this action by the Plaintiffs purports to be made against the Defendants. Defendants are without knowledge that the Plaintiffs are aliens and therefore deny same.

124.     Defendants deny the allegations in Paragraph 124.

125.     Defendants admit these allegations.

126.     Defendants are without knowledge of each and every allegation in Paragraph 126 and therefore deny these allegations.

127.     Defendants are without knowledge of each and every allegation in Paragraph 127 and therefore deny these allegations.

128.     Defendants deny aiding and abetting involuntary servitude, engaging in

forced labor, or otherwaree violating the laws alleged in Paragraph 128.

## EIGHTH CLAIM FOR RELIEF

129.     Defendants respond to each and every re-allegation in Paragraph 129 as

stated above in the corresponding numbered paragraphs found in Paragraphs 1

through 91.

130.     Defendants admit that this action by the Plaintiffs purports to be made

against the Defendants. Defendants are without knowledge that the Plaintiffs are

undocumented workers and therefore deny same.

131.     Defendants are without knowledge of each and every allegation in

Paragraph 131 and therefore deny these allegations.

132.     Defendants are without knowledge of each and every allegation in

Paragraph 132 and therefore deny these allegations.

133.     Defendants are without knowledge of each and every allegation in

Paragraph 133 and therefore deny these allegations.

134.     Defendants are without knowledge of each and every allegation in

Paragraph 134 and therefore deny these allegations.

135.     Defendants deny aiding and abetting human trafficking, or otherwise

violating the laws alleged in Paragraph 135. Defendants deny the Plaintiffs have

stated a cause of action or are entitled to damages or relief.

**NINTH CLAIM FOR RELIEF**

136.     Defendants respond to each and every re-allegation in Paragraph 136 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

137.     Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

138.     Defendants admit that the claim is brought pursuant to the cited state statute, but deny that the Plaintiffs state a cause of action or are entitled to relief.

139.     Defendants are without knowledge of each and every allegation in Paragraph 139 and therefore deny these allegations.

140.     Defendants are without knowledge of each and every allegation in Paragraph 140 and therefore deny these allegations or the Plaintiff's entitlement to relief.

**TENTH CLAIM FOR RELIEF**

141.     Defendants respond to each and every re-allegation in Paragraph 141 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

142.     Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

143.     Defendants admit that the claim is brought pursuant to the cited state statute, but deny that the Plaintiffs state a cause of action or are entitled to relief.

144.     Defendants are without knowledge of each and every allegation in Paragraph 144 and therefore deny these allegations.

145.     Defendants are without knowledge of each and every allegation in Paragraph 145 and therefore deny these allegations, deny that the Plaintiffs have stated a cause of action upon which relief can be granted and deny the Plaintiffs are entitled to relief.

## ELEVENTH CLAIM FOR RELIEF

146.     Defendant Cordero responds to each and every re-allegation in Paragraph 146 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

147.     Defendant Cordero admits that this action by the Plaintiffs purports to be made against the Defendants.

148.     Defendant Cordero admits that the claim is brought pursuant to the cited state statute, but deny that the Plaintiffs state a cause of action or are entitled to relief.

149.     Defendant Cordero is without knowledge of each and every allegation in Paragraph 149 and therefore deny these allegations.

150.     Defendant Cordero is without knowledge of each and every allegation in Paragraph 150 and therefore deny these allegations.

151.     Defendant Cordero is without knowledge of each and every allegation in Paragraph 151 and therefore deny these allegations.

152.     Defendant Cordero is without knowledge of each and every allegation in Paragraph 152 and therefore deny these allegations.

153.     Defendant Cordero is without knowledge of each and every allegation in Paragraph 153 and therefore denies these allegations, denies that the Plaintiffs have stated a cause of action upon which relief can be granted and deny the Plaintiffs are entitled to relief.

**TWELFTH AND THIRTEENTH CLAIM FOR RELIEF**

154.     The undersigned does not represent Defendant Tapia-Oritz and enters no answer in reply to the allegations in Paragraphs 154 through 171 on behalf of Defendant Tapia-Oritz.  Defendants are without knowledge of the allegations in Paragraphs 154 through 171 and therefore deny the same.  The paragraph numbers below have been renumbered for the sake of clarity.

**FOURTEENTH CLAIM FOR RELIEF**

172.     Defendants respond to each and every re-allegation in Paragraph 172 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 91.

173.     Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

174.     Defendants are without knowledge of each and every allegation in Paragraph 174 and therefore deny these allegations.

175.     Defendants are without knowledge of each and every allegation in Paragraph 175 and therefore deny these allegations.

176.     Defendants are without knowledge of each and every allegation in
Paragraph 176 and therefore deny these allegations.

177.     Defendants are without knowledge of each and every allegation in
Paragraph 177 and therefore deny these allegations or the Plaintiff's entitlement
to relief.

178.     Defendants are without knowledge of each and every allegation in
Paragraph 178 and therefore deny these allegations or the Plaintiff's entitlement
to relief.

179.     Defendants are without knowledge of each and every allegation in
Paragraph 179 and therefore deny these allegations or the Plaintiff's entitlement
to relief.

180.     Defendants are without knowledge of each and every allegation in
Paragraph 180 and therefore deny these allegations or the Plaintiff's entitlement
to relief.

181.     Defendants are without knowledge of each and every allegation in
Paragraph 181 and therefore deny these allegations or the Plaintiff's entitlement
to relief.

182.     Defendants are without knowledge of each and every allegation in
Paragraph 182 and therefore deny these allegations. Defendants deny that the
Plaintiffs have stated a cause of action upon which relief can be granted and deny
the Plaintiffs are entitled to damages.

**FIFTEENTH CLAIM FOR RELIEF**

183.     Defendants responds to each and every re-allegation of Paragraphs 1 through 91 in Paragraph 183 as stated above in the corresponding numbered paragraphs.

184.     Defendants admit that the Plaintiffs purport to bring a civil action against the Defendants as stated in Paragraph 184.

185.     Defendants are without knowledge of each and every allegation in Paragraph 185 and therefore deny these allegations.

186.     Defendants are without knowledge of each and every allegation in Paragraph 186 and therefore deny these allegations.

187.     Defendants are without knowledge of each and every allegation in Paragraph 187 and therefore deny these allegations.

188.     Defendants are without knowledge of each and every allegation in Paragraph 188 and therefore deny these allegations.

189.     Defendants are without knowledge of each and every allegation in Paragraph 189 and therefore deny these allegations.

190.     Defendants are without knowledge of each and every allegation in Paragraph 190 and therefore deny these allegations.

191.     Defendants are without knowledge of each and every allegation in Paragraph 191 and therefore deny these allegations.

192.     Defendants are without knowledge of each and every allegation in Paragraph 192 and therefore deny these allegations.

193.     Defendants are without knowledge of each and every allegation in

Paragraph 193 and therefore deny these allegations.

194.     Defendants are without knowledge of each and every allegation in

Paragraph 194 and therefore deny these allegations.

195.     Defendants are without knowledge of each and every allegation in

Paragraph 195 and therefore deny these allegations.

196.     Defendants deny that the Plaintiffs have stated a cause of action upon

which relief can be granted and deny the Plaintiffs are entitled to damages.

## SIXTEENTH CLAIM FOR RELIEF

197.     Defendants responds to each and every re-allegation of Paragraphs 1

through 91 in Paragraph 197 as stated above in the corresponding numbered

paragraphs.

198.     Defendants admit that the Plaintiffs purport to bring a civil action against

the Defendants as stated in Paragraph 198.

199.     Defendants are without knowledge of each and every allegation in

Paragraph 199 and therefore deny these allegations.

200.     Defendants are without knowledge of each and every allegation in

Paragraph 200 and therefore deny these allegations.

201.     Defendants are without knowledge of each and every allegation in

Paragraph 201 and therefore deny these allegations.

202.     Defendants are without knowledge of each and every allegation in

Paragraph 202 and therefore deny these allegations.

203.     Defendants deny each every allegation in Paragraph 203. The Defendants
deny that the Plaintiffs have stated a cause of action upon which relief can be
granted and deny the Plaintiffs are entitled to damages.

**SEVENTEENTH CLAIM FOR RELIEF**

204.     Defendants responds to each and every re-allegation of Paragraphs 1
through 91 in Paragraph 204 as stated above in the corresponding numbered
paragraphs.

205.     Defendants admit that the Plaintiffs purport to bring a civil action against
the Defendants as stated in Paragraph 205.

206.     Defendants are without knowledge of each and every allegation in
Paragraph 206 and therefore deny these allegations.

207.     Defendants are without knowledge of each and every allegation in
Paragraph 207 and therefore deny these allegations.

208.     Defendants are without knowledge of each and every allegation in
Paragraph 208 and therefore deny these allegations.

209.     Defendants are without knowledge of each and every allegation in
Paragraph 209 and therefore deny these allegations.

210.     Defendants are without knowledge of each and every allegation in
Paragraph 210 and therefore deny these allegations.

211.     Defendants are without knowledge of each and every allegation in
Paragraph 211 and therefore deny these allegations.

212.     Defendants are without knowledge of each and every allegation in

Paragraph 212 and therefore deny these allegations.

213.     Defendants deny that the Plaintiffs have stated a cause of action upon

which relief can be granted and deny the Plaintiffs are entitled to lost wages and

interest thereon.

### AFFIRMATIVE DEFENSES

214.     Defendants reserve the right to plead other defenses, affirmative or

otherwise, which may become known during its investigation, and during

discovery in this action.


WHEREFORE, Defendants demand entry of judgment in Defendants' favor, plus

costs, attorney's fees, and any other relief necessary and proper.

Respectfully Submitted,

Law Offices of Bennett M. Miller, P.A.
1606 Redwood Dr.
Tallahassee, FL 32301
Telephone: (850) 443-4010
Fax Number: (850) 807-5070
bennettmmiller@yahoo.com

By: _____
Bennett M. Miller, Esq.
Florida Bar Number 526312

**Trial Counsel for Defendants**