UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN DOE and JANE DOE, 1-4

    Plaintiffs,

v.                                      Case No: 2:14-cv-206-FtM-38DNF

C&C AGRICULTURAL FARMS, LLC,
ERNESTO RUBEN CORDERO, JR. ,
CARLOS RODRIGUEZ and REYES
TAPIA-ORTIZ,

    Defendants.
_____/

**<u>ORDER[1]</u>**

This matter comes before the Court upon review of the file. On April 10, 2014, this case was filed in the United States District Court, Middle District of Florida, and designated as a labor case under the Fair Labor Standards Act (FLSA). Accordingly, a FLSA Scheduling Order was issued outlining the appropriate case procedure. However, based upon the Counts alleged in the Complaint, the case should not be treated solely as an FLSA matter. As such, the entry of the FLSA Scheduling Order is not appropriate in this case and shall be vacated. The case will proceed as a Track 2 case in accordance with the guidelines established in M.D. Fla. Local Rule 3.05. The Track 2 notice previously issued remains in effect.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

1) The FLSA Scheduling Order issued on April 30, 2014 is hereby **VACATED**.

2) The matter is designated as a track 2 case and is subject to the guidelines established in the M.D. Fla. Local Rule 3.05(c)(2)(B). Accordingly, the parties shall file a Case Management Report on or before **July 3, 2014**.

3) A Preliminary Pretrial Conference shall be scheduled for **August 11, 2014 at 2:30 P.M**.

4) Counsel is permitted to appear by telephone for the Case Management Conference and for the Preliminary Pretrial Conference to be held on **August 11, 2014.** Counsel will need to contact Leslie Friedmann, Courtroom Deputy, 239-461-2068, to obtain instructions regarding telephonic appearance at the Preliminary Pretrial Conference.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of June, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2