UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.  2:14-cv-206-FtM-38DNF

JOHN DOE #1 through #5, and
JANE DOE #1 and #2,

      Plaintiffs,

v.

C&C AGRICULTURAL FARMS L.L.C,
a Florida limited liability company, ERNESTO
RUBEN CORDERO, JR., CARLOS RODRIGUEZ,
and REYES TAPIA-ORTIZ,

      Defendants,

_____/

## DEFENDANTS C & C AGRICULTURAL FARMS, L.L.C., CORDERO, AND RODRIGUEZ ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' AMENDED COMPLAINT

Defendants C & C Agricultural Farms, L.L.C., Ernesto Ruben Cordero, Jr., and Carlos Rodriguez, ("Defendants"), by and through the undersigned counsel, hereby files this Answer and Affirmative Defenses to the Amended Complaint ("Complaint") filed by Plaintiffs John Doe #1 through #4 and Jane Doe #1 and #2 in the above entitled action, and plead the following:

## PRELIMINARY STATEMENT

1. Defendants are without knowledge of each and every allegation in Paragraph 1 and therefore deny these allegations.

2.  Defendants are without knowledge of each and every allegation in Paragraph 2 and therefore deny these allegations.

3.  Defendants are without knowledge of each and every allegation in Paragraph 3 and therefore deny these allegations.

4.  Defendants are without knowledge of each and every allegation in Paragraph 4 and therefore deny these allegations.

5.  Defendants are without knowledge of each and every allegation in Paragraph 5 and therefore deny these allegations.

6.  Defendants are without knowledge of each and every allegation in Paragraph 6 and therefore deny these allegations.

7.  Defendants are without knowledge of each and every allegation in Paragraph 7 and therefore deny these allegations.

## PARTIES

8.  Defendants are without knowledge of each and every allegation in Paragraph 8 and therefore deny these allegations.

9.  Defendants admit the allegation in Paragraph 9.

10. Defendants admit that the C & C is engaged in farming activity and occasionally employs agricultural workers to plant, harvest, sort and pack vegetables. Defendants admit that C & C is engaged in interstate commerce. Defendants are without knowledge of the remainder of the allegations in Paragraph 10 and therefore deny these allegations.

11. Defendants admit the allegations in Paragraph 11.

12. Defendants admit the allegations in Paragraph 12.

13. Defendants are without knowledge of each and every allegation in Paragraph 13 and therefore deny these allegations.

14. Defendants are without knowledge of each and every allegation in Paragraph 14 and therefore deny these allegations.

15. Defendants are without knowledge of each and every allegation in Paragraph 15 and therefore deny these allegations.

16. Defendants are without knowledge of each and every allegation in Paragraph 16 and therefore deny these allegations.

17. Defendants are without knowledge of each and every allegation in Paragraph 17 and therefore deny these allegations.

18. Defendants are without knowledge of each and every allegation in Paragraph 18 and therefore deny these allegations.

19. Defendants are without knowledge of each and every allegation in Paragraph 19 and therefore deny these allegations.

20. Defendants admits that this action purports to be a civil action and that the Court has jurisdiction, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

21. Defendants admit that venue is proper in this District, but deny all other allegations in Paragraph 21.

22. Defendants are without knowledge of each and every allegation in Paragraph 22 and therefore deny these allegations.

23. Defendants are without knowledge of each and every allegation in Paragraph 23 and therefore deny these allegations.

24. Defendants are without knowledge of each and every allegation in Paragraph 24 and therefore deny these allegations.

25. Defendants are without knowledge of each and every allegation in Paragraph 25 and therefore deny these allegations.

26. Defendants are without knowledge of each and every allegation in Paragraph 26 and therefore deny these allegations.

27. Defendants are without knowledge of each and every allegation in Paragraph 27 and therefore deny these allegations.

28. Defendants are without knowledge of each and every allegation in Paragraph 28 and therefore deny these allegations.

29. Defendants are without knowledge of each and every allegation in Paragraph 29 and therefore deny these allegations.

30. Defendants are without knowledge of each and every allegation in Paragraph 30 and therefore deny these allegations.

31. Defendants are without knowledge of each and every allegation in Paragraph 31 and therefore deny these allegations.

32. Defendants are without knowledge of each and every allegation in Paragraph 32 and therefore deny these allegations.

33. Defendants are without knowledge of each and every allegation in Paragraph 33 and therefore deny these allegations.

34. Defendants are without knowledge of each and every allegation in Paragraph 34 and therefore deny these allegations.

35. Defendants are without knowledge of each and every allegation in Paragraph 35 and therefore deny these allegations.

36. Defendants are without knowledge of each and every allegation in Paragraph 36 and therefore deny these allegations.

37. Defendants are without knowledge of each and every allegation in Paragraph 37 and therefore deny these allegations.

38. Defendants are without knowledge of each and every allegation in Paragraph 38 and therefore deny these allegations.

39. Defendants are without knowledge of each and every allegation in Paragraph 39 and therefore deny these allegations.

40. Defendants are without knowledge of each and every allegation in Paragraph 40 and therefore deny these allegations.

41. Defendants are without knowledge of each and every allegation in Paragraph 41 and therefore deny these allegations.

42. Defendants are without knowledge of each and every allegation in Paragraph 42 and therefore deny these allegations.

43. Defendants are without knowledge of each and every allegation in Paragraph 43 and therefore deny these allegations.

44. Defendants are without knowledge of each and every allegation in Paragraph 44 and therefore deny these allegations.

45. Defendants are without knowledge of each and every allegation in Paragraph 45 and therefore deny these allegations.

46. Defendants are without knowledge of each and every allegation in Paragraph 46 and therefore deny these allegations.

47. Defendants are without knowledge of each and every allegation in Paragraph 47 and therefore deny these allegations.

48. Defendants are without knowledge of each and every allegation in Paragraph 48 and therefore deny these allegations.

49. Defendants are without knowledge of each and every allegation in Paragraph 49 and therefore deny these allegations.

50. Defendants are without knowledge of each and every allegation in Paragraph 50 and therefore deny these allegations.

51. Defendants are without knowledge of each and every allegation in Paragraph 51 and therefore deny these allegations.

52. Defendants are without knowledge of each and every allegation in Paragraph 52 and therefore deny these allegations.

53. Defendants are without knowledge of each and every allegation in Paragraph 53 and therefore deny these allegations.

54. Defendants are without knowledge of each and every allegation in Paragraph 54 and therefore deny these allegations.

55. Defendants are without knowledge of each and every allegation in Paragraph 55 and therefore deny these allegations.

56. Defendants are without knowledge of each and every allegation in Paragraph 56 and therefore deny these allegations.

57. Defendants are without knowledge of each and every allegation in Paragraph 57 and therefore deny these allegations.

58. Defendants are without knowledge of each and every allegation in Paragraph 58 and therefore deny these allegations.

59. Defendants are without knowledge of each and every allegation in Paragraph 59 and therefore deny these allegations.

60. Defendants are without knowledge of each and every allegation in Paragraph 60 and therefore deny these allegations.

61. Defendants are without knowledge of each and every allegation in Paragraph 61 and therefore deny these allegations.

62. Defendants are without knowledge of each and every allegation in Paragraph 62 and therefore deny these allegations.

63. Defendants are without knowledge of each and every allegation in Paragraph 63 and therefore deny these allegations.

64. Defendants are without knowledge of each and every allegation in Paragraph 64 and therefore deny these allegations.

65. Defendants are without knowledge of each and every allegation in Paragraph 65 and therefore deny these allegations.

66. Defendants are without knowledge of each and every allegation in Paragraph 66 and therefore deny these allegations.

67. Defendants are without knowledge of each and every allegation in Paragraph 67 and therefore deny these allegations.

68. Defendants are without knowledge of each and every allegation in Paragraph 68 and therefore deny these allegations.

69. Defendants are without knowledge of each and every allegation in Paragraph 69 and therefore deny these allegations.

70. Defendants are without knowledge of each and every allegation in Paragraph 70 and therefore deny these allegations.

71. Defendants are without knowledge of each and every allegation in Paragraph 71 and therefore deny these allegations.

72. Defendants are without knowledge of each and every allegation in Paragraph 72 and therefore deny these allegations.

73. Defendants are without knowledge of each and every allegation in Paragraph 73 and therefore deny these allegations.

74. Defendants are without knowledge of each and every allegation in Paragraph 74 and therefore deny these allegations.

75. Defendants are without knowledge of each and every allegation in Paragraph 75 and therefore deny these allegations.

76. Defendants are without knowledge of each and every allegation in Paragraph 76 and therefore deny these allegations.

77. Defendants are without knowledge of each and every allegation in Paragraph 77 and therefore deny these allegations.

78. Defendants are without knowledge of each and every allegation in Paragraph 78 and therefore deny these allegations.

79. Defendants are without knowledge of each and every allegation in Paragraph 79 and therefore deny these allegations.

80. Defendants are without knowledge of each and every allegation in Paragraph 80 and therefore deny these allegations.

81. Defendants are without knowledge of each and every allegation in Paragraph 81 and therefore deny these allegations.

82. Defendants are without knowledge of each and every allegation in Paragraph 82 and therefore deny these allegations.

83. Defendants are without knowledge of each and every allegation in Paragraph 83 and therefore deny these allegations.

84. Defendants are without knowledge of each and every allegation in Paragraph 84 and therefore deny these allegations.

85. Defendants are without knowledge of each and every allegation in Paragraph 85 and therefore deny these allegations.

86. Defendants are without knowledge of each and every allegation in Paragraph 86 and therefore deny these allegations.

87. Defendants are without knowledge of each and every allegation in Paragraph 87 and therefore deny these allegations.

88. Defendants are without knowledge of each and every allegation in Paragraph 88 and therefore deny these allegations.

89. Defendants are without knowledge of each and every allegation in Paragraph 89 and therefore deny these allegations.

90. Defendants are without knowledge of each and every allegation in Paragraph 90 and therefore deny these allegations.

91. Defendants are without knowledge of each and every allegation in Paragraph 91 and therefore deny these allegations.

92. Defendants are without knowledge of each and every allegation in Paragraph 92 and therefore deny these allegations.

93. Defendants are without knowledge of each and every allegation in Paragraph 93 and therefore deny these allegations.

94. Defendants are without knowledge of each and every allegation in Paragraph 94 and therefore deny these allegations.

95. Defendants are without knowledge of each and every allegation in Paragraph 95 and therefore deny these allegations.

96. Defendants are without knowledge of each and every allegation in Paragraph 96 and therefore deny these allegations.

97. Defendants respond to each and every re-allegation in Paragraph 97  as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

98. Defendants admit that the Plaintiffs' purport to bring this action against the Defendants C & C Farms and Cordero.

99. Defendants admit this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

100. Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 100 and subparagraphs.

101. Defendants deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

102. Defendants respond to each and every re-allegation in Paragraph 102 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

103. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

104. Defendants admit that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

105. Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 105 and subparagraphs.

106. Defendants are without knowledge of each and every allegation in Paragraph 106 and therefore deny these allegations including that the Plaintiffs are entitled to any relief.

107. Defendants respond to each and every re-allegation in Paragraph 107 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

108. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

109. Defendants admit that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

110. Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 110 and subparagraphs.

111. Defendants are without knowledge of any damages suffered as alleged in Paragraph 111 and therefore deny these allegations including that the Plaintiffs are entitled to any relief.

112. Defendants respond to each and every re-allegation in Paragraph 112 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

113. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

114. Defendants admits that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

115. Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 115 and subparagraphs.

116. Defendants are without knowledge that the Plaintiffs suffered damages as alleged in Paragraph 116 and therefore deny these allegations.

117. Defendants respond to each and every re-allegation in Paragraph 117 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

118. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

119. Defendants admit that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

120. Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 120.

121. Defendants are without knowledge that the Plaintiffs suffered damages as alleged in Paragraph 121 and therefore deny these allegations.

122. Defendants respond to each and every re-allegation in Paragraph 122 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

123. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

124. Defendants admit that this action purports to be brought pursuant to 18 U.S.C. § 1595, but deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to any relief.

125. Defendants deny violating any federal laws and are without knowledge and therefore deny the remaining allegations in Paragraph 125.

126. Defendants are without knowledge that the Plaintiffs have suffered damages as alleged in Paragraph 126 and therefore deny these allegations.

127. Defendants respond to each and every re-allegation in Paragraph 127 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

128. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants. Defendants are without knowledge that the Plaintiffs are aliens and therefore deny same.

129. Defendants deny the allegations in Paragraph 129.

130. Defendants are without knowledge of each and every allegation in Paragraph 130 and therefore deny these allegations.

131. Defendants deny the allegations in Paragraph 131.

132. Defendants deny aiding and abetting involuntary servitude, engaging in forced labor, or otherwise committing any act, violation or offense, alleged in Paragraph 132.

133. Defendants deny the allegations in Paragraph 133.

134. Defendants respond to each and every re-allegation in Paragraph 134 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

135. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants. Defendants are without knowledge that the Plaintiffs are undocumented workers and therefore deny same.

136. Defendants are without knowledge of each and every allegation in Paragraph 136 and therefore deny these allegations.

137. Defendants are without knowledge of each and every allegation in Paragraph 137 and therefore deny these allegations.

138. Defendants are without knowledge of each and every allegation in Paragraph 138 and therefore deny these allegations.

139. Defendants are without knowledge of each and every allegation in Paragraph 139 and therefore deny these allegations.

140. Defendants deny aiding and abetting human trafficking, or otherwise violating the laws alleged in Paragraph 140. Defendants deny the Plaintiffs have stated a cause of action or are entitled to damages or relief.

141. Defendants respond to each and every re-allegation in Paragraph 141 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

142. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

143. Defendants admit that the claim is brought pursuant to the cited state statute, but deny that the Plaintiffs state a cause of action or are entitled to relief.

144. Defendants are without knowledge of each and every allegation in Paragraph 144 and therefore deny these allegations.

145. Defendants are without knowledge of each and every allegation in Paragraph 145 and therefore deny these allegations or the Plaintiff's entitlement to relief.

146. Defendants respond to each and every re-allegation in Paragraph 146 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

147. Defendants admit that this action by the Plaintiffs purports to be made against the Defendants.

148. Defendants admit that the claim is brought pursuant to the cited state statute, but deny that the Plaintiffs state a cause of action or are entitled to relief.

149. Defendants are without knowledge of each and every allegation in Paragraph 149 and therefore deny these allegations.

150. Defendants deny that the Plaintiffs have stated a cause of action upon which relief can be granted and deny the Plaintiffs are entitled to relief.

151. Defendant Cordero responds to each and every re-allegation in Paragraph 151 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

152. Defendant Cordero admits that this action by the Plaintiffs purports to be made against the Defendants.

153. Defendant Cordero admits that the claim is brought pursuant to the cited state statute, but deny that the Plaintiffs state a cause of action or are entitled to relief.

154. Defendant Cordero is without knowledge of each and every allegation in Paragraph 154 and therefore deny these allegations.

155. Defendant Cordero is without knowledge of each and every allegation in Paragraph 155 and therefore deny these allegations.

156. Defendant Cordero is without knowledge of each and every allegation in Paragraph 156 and therefore deny these allegations.

157. Defendant Cordero is without knowledge of each and every allegation in Paragraph 157 and therefore deny these allegations.

158. Defendant Cordero denies that the Plaintiffs have stated a cause of action upon which relief can be granted and deny the Plaintiffs are entitled to relief.

159. The undersigned does not represent Defendant Tapia-Oritz and enters no answer in reply to the allegations in Paragraphs 159 through 183 on behalf of Defendant Tapia-Oritz.  Defendants are without knowledge of the allegations in Paragraphs 159 through 183 and therefore deny the same.  The paragraph numbers below have been renumbered for the sake of clarity.

184. Defendants respond to each and every re-allegation in Paragraph 184 as stated above in the corresponding numbered paragraphs found in Paragraphs 1 through 96.

185. Defendants admit that the Plaintiffs have filed the action alleged, but deny that the Plaintiffs have stated a cause of action or entitled to damages.

186.    Defendants are without knowledge of each and every allegation in Paragraph 186 and therefore deny these allegations.

187.    Defendants are without knowledge of each and every allegation in Paragraph 187 and therefore deny these allegations.

188.    Defendants are without knowledge of each and every allegation in Paragraph 188 and therefore deny these allegations.

189.    Defendants are without knowledge of each and every allegation in Paragraph 189 and therefore deny these allegations.

190.    Defendants are without knowledge of each and every allegation in Paragraph 190 and therefore deny these allegations.

191.    Defendants are without knowledge of each and every allegation in Paragraph 191 and therefore deny these allegations.

192.    Defendants are without knowledge of each and every allegation in Paragraph 192 and therefore deny these allegations.

193.    Defendants are without knowledge of each and every allegation in Paragraph 193 and therefore deny these allegations.

194.    Defendants deny that the Plaintiffs have stated a cause of action upon which relief can be granted and deny the Plaintiffs are entitled to damages.

195.    Defendants responds to each and every re-allegation of Paragraphs 1 through 96 in Paragraph 195 as stated above in the corresponding numbered paragraphs.

196.    Defendants admit that the Plaintiffs purport to bring a civil action against the Defendants.

197.    Defendants are without knowledge of each and every allegation in Paragraph 197 and therefore deny these allegations.

198.    Defendants are without knowledge of each and every allegation in Paragraph 198 and therefore deny these allegations.

199.    Defendants are without knowledge of each and every allegation in Paragraph 199 and therefore deny these allegations.

200.    Defendants are without knowledge of each and every allegation in Paragraph 200 and therefore deny these allegations.

201.    Defendants are without knowledge of each and every allegation in Paragraph 201 and therefore deny these allegations.

202.    Defendants are without knowledge of each and every allegation in Paragraph 202 and therefore deny these allegations.

203.    Defendants are without knowledge of each and every allegation in Paragraph 203 and therefore deny these allegations.

204.    Defendants are without knowledge of each and every allegation in Paragraph 204. and therefore deny these allegations.

205.    Defendants are without knowledge of each and every allegation in Paragraph 205 and therefore deny these allegations.

206.    Defendants are without knowledge of each and every allegation in Paragraph 206 and therefore deny these allegations.

207.    Defendants are without knowledge of each and every allegation in Paragraph 207 and therefore deny these allegations.

208.    Defendants deny that the Plaintiffs have stated a cause of action or that the Plaintiffs are entitled to damages.

209.    Defendants responds to each and every re-allegation of Paragraphs 1 through 96 in Paragraph 209 as stated above in the corresponding numbered paragraphs.

210.    Defendants admit that this complaint purports to be a claim against the Defendants, but are without knowledge of each and every allegation in Paragraph 210 and therefore deny these allegations.

211.    Defendants are without knowledge of each and every allegation in Paragraph 211 and therefore deny these allegations.

212.    Defendants are without knowledge of each and every allegation in Paragraph 212 and therefore deny these allegations.

213.    Defendants are without knowledge of each and every allegation in Paragraph 213 and therefore deny these allegations.

214.    Defendants are without knowledge of each and every allegation in Paragraph 214 and therefore deny these allegations.

215.    Defendants deny that the Plaintiffs have stated a cause of action or entitled to any damages.

216.    Defendants respond to each and every re-allegation of Paragraphs 1 through 96 in Paragraph 216 as stated above in the corresponding numbered paragraphs.

217.    Defendants admit that this complaint purports to be a claim against the Defendants, but are without knowledge of each and every allegation in Paragraph 217 and therefore deny these allegations.

218.    Defendants are without knowledge of each and every allegation in Paragraph 218 and therefore deny these allegations.

219.    Defendants are without knowledge of each and every allegation in Paragraph 219 and therefore deny these allegations.

220.    Defendants are without knowledge of each and every allegation in Paragraph 220 and therefore deny these allegations

221.    Defendants are without knowledge of each and every allegation in Paragraph 221 and therefore deny these allegations.

222.    Defendants are without knowledge of each and every allegation in Paragraph 222 and therefore deny these allegations.

223.    Defendants are without knowledge of each and every allegation in Paragraph 223 and therefore deny these allegations.

224.    Defendants are without knowledge of each and every allegation in Paragraph 224 and therefore deny these allegations.

225.    Defendants deny that the Plaintiffs have stated a cause of action or entitled to any damages.

225.    Defendants are without knowledge of each and every allegation in Paragraph 225 and therefore deny these allegations.

226.    Defendants respond to each and every re-allegation of Paragraphs 1 through 96 in Paragraph 226 as stated above in the corresponding numbered paragraphs.

227.    Defendants admit that this complaint purports to be filed against the Defendants by the Plaintiffs, but the Defendants deny the Plaintiffs have stated a cause of action.

228.    Defendants are without knowledge of each and every allegation in Paragraph 228 and therefore deny these allegations.

229.    Defendants are without knowledge of each and every allegation in Paragraph 229 and therefore deny these allegations.

230.    Defendants are without knowledge of each and every allegation in Paragraph 230 and therefore deny these allegations.

231.    Defendants are without knowledge of each and every allegation in Paragraph 231 and therefore deny these allegations.

232.    Defendants are without knowledge of each and every allegation in Paragraph 232 and therefore deny these allegations.

233.    Defendants are without knowledge of each and every allegation in Paragraph 233 and therefore deny these allegations.

234.    Defendants are without knowledge of each and every allegation in Paragraph 234 and therefore deny these allegations.

235.    Defendants are without knowledge of each and every allegation in Paragraph 235 and therefore deny these allegations.

236.    Defendants are without knowledge of each and every allegation in Paragraph 236 and therefore deny these allegations.

237.    Defendants are without knowledge of each and every allegation in Paragraph 237 and therefore deny these allegations.

238.    Defendants deny that the Plaintiffs have stated a cause of action upon which relief can be granted and are entitled to damages.

## **AFFIRMATIVE DEFENSES**

Due to the unique nature of this action and the Plaintiffs' withholding of their identities, Defendants reserve the right to plead other defenses, affirmative or otherwise, which may become known during its investigation and discovery in this action.


WHEREFORE, Defendants demand entry of judgment in Defendants' favor, plus costs, attorney's fees, and any other relief necessary and proper.

Respectfully Submitted,

Dunn & Miller, P.A.
1606 Redwood Dr.
Tallahassee, FL 32301
Telephone: (850) 443-4010
Fax Number: (850) 807-5070
bennettmmiller@yahoo.com

By: _____
Bennett M. Miller, Esq.
Florida Bar Number 526312

**Trial Counsel for Defendants**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system and served the documents to all parties of record on

the attached Service List on October 16, 2014.

By: _____
Bennett M. Miller, Esq.

## SERVICE LIST

Mr. Robert T. Wright, Jr., Esq.
Ms. Alisa Taormina, Esq.
Stroock & Stroock & Lavan, LLP
200 S. Biscayne Blvd. Suite 3100
Miami, Florida 33121-5322
rwright@stroock.com
ataormina@stroock.com

Professor Susan French, Esq.
Professor Arturo Carrillo, Esq.
George Washington University Law School
2000 G. St., NW
Washington, DC 20052
acarrillo@law.gwu.edu
sfrench@law.gwu.edu