UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:14-cv-206-FtM-38DNF

JOHN DOE #1 through #5, and
JANE DOE #1 and #2,

    Plaintiffs,

v.

C&C AGRICULTURAL FARMS L.L.C,
a Florida limited liability company, ERNESTO
RUBEN CORDERO, JR., CARLOS RODRIGUEZ,
and REYES TAPIA-ORTIZ,

    Defendants,
_____/

## DEFENDANTS C & C AGRICULTURAL FARMS, L.L.C., CORDERO, AND RODRIGUEZ RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Defendants C & C Agricultural Farms, L.L.C., Ernesto Ruben Cordero, Jr., and Carlos Rodriguez, ("Defendants"), by and through the undersigned counsel, hereby file this Response to the Plaintiffs' Response to Plaintiffs' Motion For Entry of Confidentiality and Protective Order (herein after "Motion") in the above entitled action, and plead the following:

    1.    Plaintiffs' filed a Motion for Entry of Confidentiality and Protective Order on September 22, 2014.

2. While this Response filed by the Defendants is not timely under Local Rule 3.01(b), the undersigned has conferred with counsel for the Plaintiffs'. Counsel for the Plaintiffs does not object to the late filing of this pleading, due to extraordinary circumstances surrounding the undersigned's current litigation schedule.

3. The Defendants object to the entry of an order compelling the execution of a confidentiality agreement.

4. The Plaintiffs have failed to present evidence that there is a factual basis to support the general allegations against the Defendants.

5. Similarly, the Plaintiffs motion does not cite to any legal requirement, in statute or case law, that compels the entry of such an order.

6. Without legal support for the allegations, there is no compelling interest to justify the impingement of the due process rights of the Defendants to conduct discovery, investigate the allegations, interview potential witnesses, and take all other customary and regular actions associated with defending a lawsuit without confidentiality agreements.

7. The Defendants have a legitimate fear that customers, employees, vendors, and the others would leap to an improper conclusion that the allegations against the Defendants are true, if a court is requiring potential witnesses to execute a confidentiality agreement.

8. At this point, the Defendants should not be compelled to choose investigating the claims against them and potentially damaging the good will that the Defendants have worked hard to earn from the public, customers, and employees.

10. The Defendants assert that the confidentiality agreement is unreasonable in that it prevents the Defendants from engaging in discovery, formal or otherwise, with Defendant Tapia-Ortiz regarding the merits of the Plaintiffs' claims until such time as Defendant Tapia-Ortiz appears in this action.

11. The Defendants have no control over the actions of Defendant Tapia-Ortiz. One party should not be forced to surrender rights normally associated with a fair hearing on the merits unless and until another party voluntarily takes some other action.

12. The Plaintiffs have made no showing that Carlos A. Rodriguez is a threat to the Plaintiffs', yet the Plaintiffs' proposed agreement requires that Defendant Rodriguez comply with the requirements of the confidentiality agreement.

WHEREFORE, Defendants request for the foregoing reasons that Plaintiffs' Motion be DENIED.

Respectfully Submitted,

Dunn & Miller, P.A.
1606 Redwood Dr.
Tallahassee, FL 32301
Telephone: (850) 443-4010
Fax Number: (850) 807-5070
bennettmmiller@yahoo.com

By: _____
Bennett M. Miller, Esq.
Florida Bar Number 526312

**Trial Counsel for Defendants**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and served the documents to all parties of record on the attached Service List on October 16, 2014.

By: _____
Bennett M. Miller, Esq.

## SERVICE LIST

Mr. Robert T. Wright, Jr., Esq.
Ms. Alisa Taormina, Esq.
Stroock & Stroock & Lavan, LLP
200 S. Biscayne Blvd. Suite 3100
Miami, Florida 33121-5322
rwright@stroock.com
ataormina@stroock.com

Professor Susan French, Esq.
Professor Arturo Carrillo, Esq.
George Washington University Law School
2000 G. St., NW
Washington, DC 20052
acarrillo@law.gwu.edu
sfrench@law.gwu.edu