UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE, 1 and 2

    Plaintiff,

v.                                            Case No:  2:14-cv-206-FtM-38DNF

C&C AGRICULTURAL FARMS, LLC,
ERNESTO RUBEN CORDERO, JR. ,
REYES TAPIA-ORTIZ and CARLOS
A. RODRIGUEZ,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Parties Mediation Notice (Doc. #50) filed on November 14, 2014.  On November 14, 2014, the Mediator notified the Court that the case had settled in full.  Count XVIII of the Amended Complaint (Doc. #44) contains a claim for unpaid wages pursuant to the Fair Labor Standards Act (FLSA) 19 U.S.C § 201 *et seq*.  As such, the Parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.  Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Therefore, the Court directs the parties to submit the settlement information related to the FLSA claim for review in a Motion for approval of an FLSA Settlement Agreement.

Accordingly, it is now

**ORDERED:**

The John and Jane Doe Plaintiffs are hereby directed to file a Motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

(1) The Motion shall include a copy of the settlement agreement signed by all parties, a brief description of the terms of the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether or not the Plaintiff's claims were settled by compromise, as well as the Plaintiff's Counsel's attorney's fees and costs and whether or not said fees and costs were negotiated separately from the FLSA claim in compliance with Bonetti v. Embarq Mgmt. Co., 2009 WL 2371407 (M.D. Fla. August 4, 2009).

(2) The Plaintiff shall provide the Court with said information on or before **December 10, 2014**.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record