UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE, 1 and 2

    Plaintiff,

v.                                              Case No:   2:14-cv-206-FtM-38MRM

REYES TAPIA-ORTIZ and CARLOS
A. RODRIGUEZ,

    Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **REYES TAPIA-ORTIZ** in Fort Myers, Florida on the 9th day of July, 2015.

                SHERYL L. LOESCH, CLERK

                s/S.Blake, Deputy Clerk

Copies furnished to:

Counsel of Record