UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANE DOE, 1 and 2

    Plaintiff,

v.                                              Case No:   2:14-cv-206-FtM-38MRM

REYES TAPIA-ORTIZ and CARLOS
A. RODRIGUEZ,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiffs Paulino Jose Juarez (John Doe #3) ("Juarez"); Alejandro Sanchez Perez (John Doe #4) ("A. Perez"); Josue Cruz Velasco (John Doe #5) ("Velasco"); Juana Lopez Ramirez (Jane Doe #1) ("Ramirez"); and Marlyn Perez Perez's (Jane Doe #2) ("M. Perez") ("Plaintiffs") Motion for Clarification on Court's Order for Hearing on Damages against Defendant Reyes Tapia-Ortiz  (Doc. #82) filed on June 29, 2016.  The Plaintiffs move the Court to clarify whether or not Velasco and Ramirez claims for battery and false imprisonment under Florida law were included in the Court's Order granting default judgment.

The Order granting the default judgment included all claims against Tapia including the battery charges by M. Perez and the false imprisonment charges raised by Velasco. In addition, Plaintiffs ask that they not be required to attend the damages hearing due to

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

the fact that they are located in different countries and would have difficulty returning to the United States for the hearing.

Accordingly, it is now

**ORDERED:**

Plaintiffs, Paulino Jose Juarez (John Doe #3) ("Juarez"); Alejandro Sanchez Perez (John Doe #4) ("A. Perez"); Josue Cruz Velasco (John Doe #5) ("Velasco"); Juana Lopez Ramirez (Jane Doe #1) ("Ramirez"); and Marlyn Perez Perez's (Jane Doe #2) ("M. Perez") ("Plaintiffs") Motion for Clarification on Court's Order for Hearing on Damages against Defendant Reyes Tapia-Ortiz  (Doc. #82) is **GRANTED**.

1. All claims at issue in the Plaintiffs' Complaint were included in the Court's Order for Default Judgment.

2. Due to the circumstances in getting all of the Plaintiffs here from their respective countries they do not have to be present at the damages hearing.  However, it is counsel's burden to present admissible and reliable evidence of Plaintiffs' respective damages incurred in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of July, 2016.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record