# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN DOE #1 through #4, and
JANE DOE #1 and #2,

    Plaintiffs,

v.                               Case No: 2:14-cv-206-ftM-38DNF

C&C FARMS, a Florida Partnership,
ERNESTO RUBEN CORDERO, JR.,
CARLOS RODRIGUEZ and REYES
TAPIA-ORTIZ,

    Defendants.

_____/

## SWORN DECLARATION PURSUANT TO 28 U.S.C. §1746 SUPPORTING PLEADING UNDER PENALTY OF PERJURY: MARLYN PEREZ PEREZ

1. I am a Guatemalan national and I came to the United States to remove myself from a violent domestic situation and to support my children which was not financially possible in Guatemala.

2. In or about July 2011, a crew leader I know as Tapia enticed me and Paulino Jose Juarez to come work for him offering to pay us $7 an hour for approximately 10 hours each day. Tapia recruited us at a store in Clewiston, Florida.

3. Tapia transported us to work for a man we called "el Cubano" who I now know is
██████████████. ██████'s farm is named ██████████ I worked for Tapia at ██████
██████ between approximately July 2011 and February 2012. The first five months I worked approximately 14 to 17 hours a day, seven days a week; and for the final two months I worked approximately 10 hours a day, seven days a week. I was not paid

federal or state minimum wage, much less the hourly wage I had been promised for all the hours I worked.

4.  I was also not paid regularly but sporadically, sometimes daily, other times weekly or every two weeks.

5.  Tapia supposedly kept a record of the hours that I and the others worked but we were never allowed to check Tapia's work records for accuracy, and I was routinely underpaid for the hours I worked.

6.  The other workers and I never received a written statement itemizing hours worked, amounts produced, earnings, and deductions yet Tapia told us he was making deductions from our salary.

7.  During the months I worked for Tapia in 2011, Tapia regularly kept a rifle either openly displayed or stashed under the driver's seat of his transport van.

8.  Tapia also carried a pistol in the van's glove compartment, and he would remove it in the presence of the workers when they arrived at ████████ and place in his waistband. He would continue to carry the pistol throughout the remainder of the day while supervising me and the other workers in the ████████ fields.

9.  "El Cubano" knew Tapia carried a pistol at work because Tapia had it in his waistband, obviously bulging, when I saw him on occasions enter "el Cubano's" office. Tapia often moved his rifle from one van to another in the presence of other workers in the parking lot outside of the packinghouse where "el Cubano" also worked.

10. In late 2011 or early 2012, Tapia pointed his gun with his finger on the trigger, while at ████████, to scare me and the other workers.

11. In or about August 2011, I saw Tapia load his gun. When I asked why he carried a gun in the fields, Tapia responded in Spanish that it was to "scare the workers while they were working."

12. In September or October 2011, at ▮▮▮▮▮▮, Tapia displayed and pointed his pistol when I told Tapia-Ortiz that I no longer wanted to work at ▮▮▮▮ because I was not being paid what was due me. Tapia threatened in Spanish to "find and kill" me if I stopped working for him. Tapia pulled out his gun out and told me that I could not go anywhere because he had a gun.

13. Between August 2011 and January 2012, Tapia sexually harassed me while I was working at ▮▮▮▮▮ and also on the telephone by making sexual advances that I did not want or invite.

14. In the fall of 2011, Tapia solicited me to travel to Miami with him, promising to pay me more money and not to make any deductions from my pay if I engaged in a sexual relationship with him. Tapia offered me higher wages and special consideration in the workplace if I accepted his proposition.

15. In or about August 2011, Tapia grabbed me from behind and fondled my breasts. I rejected Tapia's advances and threatened to call the police. Tapia responded that the police did not care about me and that I would get deported if I attempted to contact the police.

16. In the fall of 2011, approximately fifteen days after the prior incident, Tapia corned me and made sexual advances while I was working at a secluded location among tall tomato plants at ▮▮▮▮▮. When I resisted his advances, Tapia lifted his shirt to show a pistol tucked into his waistband.

17. Approximately ten days after the second incident, Tapia cornered me in the fields, grabbed me tightly, forcibly pulled me towards him, and groped my breasts and buttocks. I did not want this contact and I explicitly refused his advances.

18. On another occasion when I was picking crops, Tapia slapped my thigh in a sexual manner and fondled my buttocks and hips. I did not want this contact and I explicitly refused his advances.

19. Between approximately September 2011 and January 2012, Tapia threatened to harm Paulino Jose Juarez, who was my boyfriend at the time, if I continued to reject Tapia's advances, causing me to be anxious and worried both for my safety and for Paulino Jose Juarez's safety. During that same time frame, Tapia threated to have Paulino Jose Juarez deported if I reported Tapia-Ortiz's sexual advances.

20. During my employment at ███████, Tapia-Ortiz threated me and other workers in Spanish that if we did not want to work for him or if we stopped working for him, "he could have us deported" because we were illegal and he would call immigration.

21. In the summer or fall of 2011, when I and other workers confronted Tapia about not being paid, Tapia-Ortiz responded in Spanish "that the workers can complain all they want, but no one will help them because they do not have papers"

22. In about September 2011 I confronted "el Cubano" about our low and late pay and he said it was not his problem because Tapia was responsible for paying me and the other workers.

23. This sworn declaration was translated orally for me from English to Spanish before I signed it.

I, Marlyn Perez Perez, the Plaintiff in the above-entitled action, certify under penalty of perjury under the laws of the United States of America that the above Sworn Declaration Supporting Pleading Under Penalty of Perjury is true and correct.


Dated: *6/24/2014*


Signature of Plaintiff: *Marlyn Perez Perez*


Witnessed By: _____